Henry Frerk Sons, appellee, v. F. W. Bierhanzel and J. Bierhanzel, appellants. Gen. No. 34,737.

Opinion filed October 21, 1931. Rehearing denied November 2, 1931.

Templeman & Herren, for appellants. Caplow, Kallen & Caplow, for appellee; Maurice L. Davis, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.

The People of the State of Illinois ex rel. Pauline Suchsland, appellee, v. John Freund, Jr., appellant. Gen. No. 34,782.

Opinion filed October 21, 1931.

Frank J. Link, for appellant. No appearance for appellee.

Mr. Presiding Justice Hebel delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Sam Timoni, plaintiff in error. Gen. No. 34,792.

Opinion filed October 21, 1931.

Max Rosenzweig and Frank DeBartolo, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error; E. E. Wilson and Grenville Beardsley, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Jessie Frabotta, appellee, v. Emily H. Meyer et al., appellants. Gen. No. 34,806.

Opinion filed October 21, 1931.

Samuel A. Ettelson, Corporation Counsel, William D. Saltiel, City Attorney, and Samuel L. Golan, Assistant City Attorney, for appellant City of Chicago; Cora B. Hirtzel, Assistant Corporation Counsel, of counsel. G. L. Dosland and Milton H. Weiss, for appellee.

Mr. Presiding Justice Hebel delivered the opinion of the court.